

83,783-01

# 33rd and 424th Judicial District Courts
## State of Texas
## District Courts of
### BLANCO · BURNET · LLANO · SAN SABA COUNTIES

**J. ALLAN GARRETT**
PRESIDING JUDGE, 33RD JUDICIAL DISTRICT

**STEPHANIE LARSEN, Official Court Reporter**

**EVAN STUBBS**
PRESIDING JUDGE, 424TH JUDICIAL DISTRICT

**JENNIFER FEST, Official Court Reporter**

1701 E. POLK

BURNET, TEXAS 78611
(512) 756-5436    Fax (512) 756-8478
www.dcourttexas.org

Lisa Bell, 33RD Court Coordinator

E-Mail:  33coordinator@dcourttexas.org

JENNIFER BUNTING, 424TH Court Coordinator
E-Mail: 424coordinator@dcourttexas.org

SHEILA STEWART, Administrative Assistant
E-Mail: 33424districtcourt@gmail.com

September 3, 2015

Texas Court of Criminal Appeals
Clerk of the Court
P. O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

Re:   WR-83,738-01; In Re Thomas Allen Simon

Dear Mr. Acosta:

Enclosed you will find the Response of the Hon. Evan Stubbs, 424th Judicial District Judge, Respondent in this matter.   Please file this in the case for consideration.   If you need anything further, please let me know.

Sincerely,

Jennifer Bunting
Court Coordinator
424th Judicial District Court

Encl:   Response

Cc:   Tracy Cluck (VIA EMAIL)
      L.T. Bradt (VIA EMAIL)
      Gary Bunyard (VIA EMAIL)
      Gary Prust (VIA EMAIL)
      Wiley "Sonny" McAfee (VIA EMAIL)

WR-83,783-01

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

IN RE THOMAS ALLEN SIMON, Relator

ON APPLICATION FOR A WRIT OF MANDAMUS
IN CAUSE NO. 42908 IN THE 424TH DISTRICT COURT
FROM BURNET COUNTY

## *RESPONSE OF*
*Hon. Evan Stubbs, 424th Judicial District Judge*
Respondent

September 3, 2015

## Statement Of The Facts

The Relator was arrested on March 24, 2014, for two counts of Sexual Assault and one count of Aggravated Assault Causing Serious Bodily Injury. The Relater is not now and has never been charged with Aggravated Sexual Assault in regard to this case as is alleged in the Petition for Mandamus. The previous Judge appointed Tracy D. Cluck on April 8, 2014, to represent the Relator on these charges. A duly empaneled Grand Jury then returned an Indictment on June 3, 2014, charging the Relator with two counts of Sexual Assault and one count of Aggravated Assault Causing Serious Bodily Injury.

As described by Counsel for the Relator, Tracy D. Cluck filed *ex parte* motions seeking funds for the employment of a medical expert and for additional funds for investigative services. The undersigned called for an *ex parte* hearing on these motions. RR Vol. 1 Page 4. Present at this hearing was Tracy D. Cluck and the Relator. RR Vol. 1 Page 4. In presenting the reasons for the funds being requested, Tracy D. Cluck informed the undersigned that he would not be able to provide the Relator effective assistance of counsel without the funds. RR Vol. 1 Pages 4 - 8. In making the decision to remove Tracy D. Cluck as counsel for the Relator, the undersigned stated that the Respondent was not going to put Mr. Cluck in a

2

position where he would feel like he was being ineffective. RR Vol. 1 Pages 11 - 12.

Later on the same day, the undersigned then appointed Gary Prust as new counsel for the Relator. Mr. Prust is an experienced felony trial attorney with a prior attorney/client relationship with Relator.

## *Response to Issue No. 1*

Relator complains that the undersigned did not have good cause to remove Tracy D. Cluck as Relator's appointed counsel. However, Mr. Cluck had expressed to the undersigned his belief that he was unable to provide effective assistance of counsel unless the undersigned granted the funds requested. The undersigned (a) was not in the position of granting the funds requested due to the excessive nature of the request, (b) was aware that none of the other three attorneys representing the three co-defendants had expressed such an excessive request, ( c) had extensive personal experience in representing clients acting in the role of a criminal defense attorney for hundreds of court appointed clients prior to being elected to the bench, and (d) was sufficiently aware of the facts of the instant case to believe that the level of funds requested was excessive. For these reasons the undersigned had concern that if the excessive requests were not granted, Mr.

Cluck would move forward to trial of the case under conditions that would create an appellate argument for ineffective assistance of counsel and thus, potentially require a second trial at the expense of judicial economy and the taxpayers of Burnet County.

The findings of the undersigned on the record in this regard were made not only from the direct statement of Mr. Cluck but also from the fact that none of the attorneys from the three co-defendants had informed the undersigned of similar excessive needs in order to perform their jobs (RR Vol. 1 Pages 12 - 13) and from the undersigned's own personal experiences in representing criminal clients in this jurisdiction (RR Vol. 1 Page 13) and from what the undersigned then knew of the facts of the case (RR Vol. 1 Page 13). Based on these findings, the undersigned did in fact act under the authority of Art. 26.04 (j) (2) in removing Mr. Cluck for good cause shown on the record for the protection of the rights of the Relator, and as such, the relief of Mandamus is not available under these circumstances.

## Response to Issue No. 2

In as much as this Court has entered an order temporarily staying the proceedings pending resolution of this complaint, the undersigned believes that a Writ of Prohibition is duplicitous, unnecessary, and moot.

SIGNED AND PRESENTED on this ___3rd___ day of ___September___, 2015.

_____
Evan Stubbs, Judge
424th Judicial District
Burnet County Annex North
1701 E. Polk Street, Suite 74
Burnet, TX 78611
(512) 756-5438
424distjudge@gmail.com
RESPONDENT

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded by EServe and by email on the _3_ day of _September_ 2015, to Mr. Tracy D. Cluck, Attorney for Relator, at tracy@tracyclucklaw.com, and to Mr. Gary W. Bunyard, Attorney for Real Party in Interest - Wiley B. "Sonny" McAfee, District Attorney at g.bunyard@co.llano.tx.us _and Gary Prust, Real party in interest at prustlaw.com_

_Jennifer Bunting_
Jennifer Bunting
Court Coordinator